UNITED STATES DISTRICT COURT

THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL QUESADA, an individual and minor, ANTHONY QUESADA, an individual and minor, by and through their mother and legal guardian Lucero Silvia Bruno,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>CITY OF SANTA ANA, a municipal entity, OSCAR LIZARDI, an individual, COLLIN REEDY, an individual, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 8:21-cv-00671 JVS (DFMx)<br><br>**ORDER RE. PROTECTIVE ORDER AND CONFIDENTIALITY**<br><br>Magistrate: Hon. Douglas F. McCormick<br>Courtroom 6B |

1

Before the Court is a stipulation re. Protective Order and Confidentiality.

After giving due consideration to the matters set forth therein, and good cause appearing therefor,

IT IS HEREBY ORDERED that the parties' Stipulation re. Protective Order and Confidentiality is APPROVED. Plaintiffs in this action are ordered to produce the written discovery and body-worn-camera video from the criminal case involving Plaintiff M.Q. The parties are further ordered to keep this information confidential and used for purposes of this litigation only.

IT IS SO ORDERED:

DATED: August 16, 2022

_____
Hon. Douglas F. McCormick
United States Magistrate Judge