JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Michael Quesada et al,               )        SACV 21-00671-JVS (DFMx)
                                     )
                                     )        ORDER OF DISMISSAL UPON
              Plaintiff,             )
                                     )        SETTLEMENT OF CASE
      v.                             )
                                     )
                                     )
City of Santa Ana et al,             )
                                     )
              Defendant(s).          )
                                     )
_____    )

      The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

      IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 30 days</u>, to reopen the action if settlement is not consummated.


DATED: May 5, 2023

                                     _____
                                              James V. Selna
                                          United States District Judge