UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MQ, an individual, and AQ, an individual and minor, by and through its guardian ad litem Lucero Silvia Bruno,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SANTA ANA, a municipal entity, OSCAR LIZARDI, an individual, COLLIN REEDY, an individual, BRYAN THAETE, an individual, BRIAN POLING, an individual, and DOES 3-10, inclusive,<br><br>　　Defendants. | Case No.: 8:21-cv-00671 JVS (DFMx)<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF THE CASE WITH PREJUDICE [79]**<br><br>Judge: Hon. James V. Selna<br>Courtroom 10C |

1      Before the Court is a Stipulation to Dismiss the Case with Prejudice, fully executed by counsel for all parties to this case.

     After giving due consideration to the matters set forth therein, and good cause appearing therefor,

     IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice. All parties to bear their own attorney fees and costs.

     IT IS SO ORDERED:

DATED: June 22, 2023         _____
                                               Hon. James V. Selna
                                               United States District Judge